Case: 15-1877    Document: 23-1    Page: 1    Filed: 09/15/2015

FORM 8. Entry of Appearance                                                    Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Zhaoqing New Zhongya Aluminum    v.    United States

No. 2015-1877

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: Zhaoqing New Zhongya Aluminum
  Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
- ☒ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant  ☐ Respondent or appellee

| | |
|---|---|
| Name: | Peter Koenig |
| Law Firm: | Squire Patton Boggs (US) LLP |
| Address: | 2550 M Street NW |
| City, State and Zip: | Washington DC 20037 |
| Telephone: | 202 626 6223 |
| Fax #: | 202 626 6780 |
| E-mail address: | peter.koenig@squirepb.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/9/83

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 8/31/2015     Signature of pro se or counsel  *Peter Koenig*

cc: _____

[Reset Fields]